**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| MISAEL ARZOLA, | : | |
| | : | |
| Petitioner, | : | Criminal Action No. 06-569 (SDW) (MCA) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| UNITED STATES, | : | August 3, 2011 |
| | : | |
| Respondent. | : | |
| | : | |
| | : | |

**WIGENTON**, District Judge.

     This matter, having come before the Court on Petitioner Misael Arzola's ("Petitioner") Motion "for Modification of Sentence pursuant to 18 U.S.C. § 3582 for Reduction of Sentence Based on the Retroactive Amendment 599" under the Federal Sentencing Guidelines ("Motion"), and this Court, having carefully reviewed and considered the parties' submissions, for the reasons stated in this Court's Opinion dated August 3, 2011,

     **IT IS** on this 3rd day of August, 2011,

     **ORDERED** that Petitioner's Motion is **DENIED**.


                          s/ Susan D. Wigenton
                          **Susan D. Wigenton, U.S.D.J.**


cc:  Madeline Cox Arleo, U.S.M.J.